| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vernon P. Johnson, | ) | No. CV 07-1531-PHX-NVW |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| Dora Schriro, et. al., | ) | |
| Respondents. | ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Jay R. Irwin (Doc. # 14) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at page 11). No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in

1  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear
2  Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
3  21 (9th Cir. 2002).

4  Notwithstanding the absence of an objection, the court has reviewed the R&R and
5  finds that it is well taken. The court will accept the R&R and dismiss the Petition. *See* 28
6  U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or
7  in part, the findings or recommendations made by the magistrate").

8  IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
9  Judge (Doc. # 14) is accepted.

10  IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing
11  petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. #
12  1) with prejudice. The Clerk shall terminate this action.

13  DATED this 29th day of July, 2008.

_____
Neil V. Wake
United States District Judge